# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

In Re:  
DALYN LEWIS DUNN  
DAWN ALISA COCHRAN-DUNN  
1552 HANSEN AVE  
COLUMBUS, OH  43224  

DAWN ALISA COCHRAN-DUNN  
1552 HANSEN AVE  
COLUMBUS, OH  43224  

SSN(S):    XXX-XX-0977  
           XXX-XX-8638

Case No:    04-54309

Judge:    John E. Hoffman Jr.

## NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry

Fund.

Dated:  December 03, 2009

/s/ Frank M. Pees  
Frank M. Pees  
Chapter 13 Trustee

| **Name and Address** | **Amount** |
|---|---|
| FAMILY PRACTICE ASSOC<br>PO BOX 267117<br>COLUMBUS, OH  432267117 | 1.08 |